# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EARL COOK,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA GLORIA BONILLA-VALENCIA, et al.,<br><br>    Defendants. | Case No. SACV 06-652 MMM(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Superseding Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the First Amended Complaint is dismissed; (2) plaintiff shall file a Second Amended Complaint which cures the deficiencies in the First Amended Complaint within ten (10) days and is cautioned that the failure to do so will result in the dismissal of this action; and (3) unless plaintiff timely files a Second Amended Complaint, Judgment be entered dismissing this action.

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the United States Magistrate Judge's Superseding Report and Recommendation on
3  plaintiff and on any defendants who have appeared in this action.

6  DATED: February 8, 2010      _____*Margaret M. Morrow*_____
7                                HONORABLE MARGARET M. MORROW