JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EARL COOK,<br><br>                Plaintiff,<br><br>    v.<br><br>MARIA GLORIA BONILLA-<br>VALENCIA, et al.,<br><br>                Defendants. | Case No. SACV 06-652 MMM(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT<br><br>[To Be Entered unless Plaintiff Files Second Amended Complaint within Ten Days of Order Adopting Superseding Report and Recommendation] |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge, and in the absence of the timely filing of a Second Amended Complaint,

IT IS ADJUDGED that this action is dismissed.

The Clerk is directed to serve a copy copies of this Judgment on plaintiff and on any defendants who have appeared in this action

DATED: February 23, 2010

*Margaret M. Morrow*
_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE